# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2015

## NO. 03-15-00049-CV

**Carlos Valenzuela, Appellant**

**v.**

**Marissa Collins, Appellee**

### APPEAL FROM 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on January 13, 2015. Having reviewed the record, the Court holds that Carlos Valenzuela has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because Carlos Valenzuela is indigent and unable to pay costs, no adjudication of costs is made.